RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                       Plaintiff,  )   2:13-CR-00348-JAD-PAL
                              )
v.                                )
RONALD KIRSH,             )
                   Defendant.  )

**ORDER SEALING TWO EXHIBITS TO DEFENDANT'S SENTENCING MEMORANDUM**

The Court having considered the Defendant's Motion for an Order to Seal the Two Exhibits to Defendant's Sentencing Memorandum, and good cause appearing hereby,

**ORDERS** that the Defendant may submit the following two Exhibits to the Court under seal:

1. Psychosexual evaluation performed by John Pacult, LCSW;
2. Discharge letter from the Meadows;

**IT IS SO ORDERED.**

Dated this 12th day of December, 2013.

_____
U.S. DISTRICT COURT JUDGE